David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 153102)
*preali@markham-law.com*
Janine R. Menhennet (SBN 163501)
*jmenhennet@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.:  (619) 399-3995
Fax:  (619) 615-2067

Attorneys for Plaintiffs

*[Additional Counsel listed on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOHNSON, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>                              Defendants. | Case No.:  8:13-cv-00128-JLS-RNB<br>CLASS ACTION<br>Hon. Josephine L. Staton<br>Action Filed:  January 25, 2013<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:          May 16, 2014<br>Time:          2:30 p.m.<br>Courtroom   10A<br><br>Trial Date:  None Set<br>**JURY TRIAL DEMAND** |

1  R. Craig Clark (SBN 129219)
   *cclark@clarklawyers.com*
2  James M. Treglio (SBN 228077)
   *jtreglio@clarklawyers.com*
3  Laura M. Cotter (SBN 259445)
   *lcotter@clarklawyers.com*
4  **THE CLARK LAW FIRM**
   205 W. Date Street
5  San Diego, CA 92101
   Tel: (619) 239 1321
6  Fax: (619) 239 5888

7  Walter Haines (SBN 071075)
   *walterhaines@yahoo.com*
8  **UNITED EMPLOYEES LAW GROUP**
   5500 Bolsa Avenue, Suite 201
9  Huntington Beach, CA 92649
   Telephone: (888) 474-7242
10 Facsimile: (562) 256-1006

11 Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2014 at 2:30 p.m., in Courtroom 10A, Plaintiffs will respectfully move for the Court order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

This motion is based on this notice, the accompanying memorandum of points and authorities, the declarations of David R. Markham, R. Craig Clark and Walter Haines, on all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing.

Respectfully submitted,                    THE MARHAM LAW FIRM

                                           s/ David R. Markham
                                           Attorney for Plaintiffs
                                           E-mail:  dmarkham@markham-law.com

1

*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Notice of Motion and Motion for Preliminary Approval of Class Action Settlement