# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOHNSON and LANCE COWLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>Defendants. | Case No.: SACV13-00128-JLS (RNBx)<br><br>CLASS ACTION<br><br>**ORDER MODIFYING DATE IN THE PRELIMINARY APPROVAL ORDER REGARDING CLASS MEMBERS' RESPONSES TO CLASS NOTICE**<br><br>Honorable Josephine L. Staton<br><br>Action Filed: January 25, 2013 |

*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Order Modifying Date in the Preliminary Approval Order
Regarding Class Members' Responses to Class Notice

Having reviewed the parties' Joint Stipulation to Modify Date in the Preliminary Approval Order Regarding the Class Notice, and good cause appearing therefor, IT IS HEREBY ORDERED that Class Members shall have until January 24, 2015, to postmark requests for exclusion, objections to the Settlement, and disputes as to the number of workweeks worked. All remaining dates in the Preliminary Approval Order remain unchanged.

**SO ORDERED:**

Dated: December 16, 2014

_____
Honorable Josephine L. Staton
United States District Judge

2
*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Order Modifying Date in the Preliminary Approval Order
Regarding Class Members' Responses to Class Notice