David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 153102)
*preali@markham-law.com*
Janine R. Menhennet (SBN 163501)
*jmenhennet@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.:  (619) 399-3995
Fax:  (619) 615-2067

Attorneys for Plaintiffs

*[Additional Counsel listed on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOHNSON, an individual; and LANCE COWLEY, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>Defendants. | Case No.: 8:13-cv-00128-JLS-RNB<br><u>CLASS ACTION</u><br>Hon. Josephine L. Staton<br>Action Filed:  January 25, 2013<br><br>**PLAINTIFFS' NOTICE OF MOTIONS AND MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, AND PLAINTIFFS' INCENTIVE PAYMENTS**<br><br>Date:         March 13, 2015<br>Time:        2:30 p.m.<br>Courtroom  10A<br><br>Trial Date:  None Set<br>**JURY TRIAL DEMAND** |

*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Notice of Motions and Motions for Final Approval of Class Action Settlement, and
for Approval of Attorneys' Fees and Costs, and Plaintiffs' Incentive Payments

R. Craig Clark (SBN 129219)
*cclark@clarklawyers.com*
James M. Treglio (SBN 228077)
*jtreglio@clarklawyers.com*
**CLARK & TREGLIO**
205 W. Date Street
San Diego, CA 92101
Tel: (619) 239 1321
Fax: (619) 239 5888

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (888) 474-7242
Facsimile: (562) 256-1006

Attorneys for Plaintiffs

*Johnson v. Metlife, Inc., et al.,* Case No. 13-cv-00128-JLS-RNB
Notice of Motions and Motions for Final Approval of Class Action Settlement, and
for Approval of Attorneys' Fees and Costs, and Plaintiffs' Incentive Payments

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 13, 2015 at 2:30 p.m., in Courtroom 10A, Plaintiffs will respectfully move for the Court order granting Plaintiffs' Motions for Final Approval of Class Action Settlement, and for Approval of Attorneys' Fees and Costs, and Plaintiffs' Incentive Payments.

This motion is based on this notice, the accompanying memorandum of points and authorities, the declarations of David R. Markham, R. Craig Clark, Walter Haines, Brandon Johnson, and Lance Cowley, on all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing.

Dated: January 26, 2015

Respectfully submitted,   THE MARHAM LAW FIRM

s/ David R. Markham
Attorney for Plaintiffs
E-mail: dmarkham@markham-law.com